# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10421-GLT |
| | : | |
| Wendy Sue Snyder, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**June 23, 2023**

**July 7, 2023**

**July 21, 2023**

**August 4, 2023**

**Next Payment Advice Expected (post-filing):**

**August 18, 2023**

K.S.

# SNYDER, WENDY

| Lakeshore Community Services Inc.<br>1350 W 26TH ST<br>ERIE, PA 16508<br>8144569962 | Direct Deposit Earnings Statement |  |  |
|---|---|---|---|
| | DD000000000000183101 | | |
| | Pay Date | Start Period | End Period |
| | 6/23/2023 | 6/3/2023 | 6/16/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $17.25 | 59.75 | $1,030.69 | $9,257.23 |
| Overtime | $26.49 | 17.25 | $456.95 | |
| Overtime | $26.57 | 11.50 | $305.55 | $4,248.67 |
| Shift Differential | $18.75 | 16.00 | $300.00 | |
| Shift Differential | $19.25 | 4.25 | $81.81 | $1,887.72 |
| Sign on Bonus | $200.00 | 0.00 | $200.00 | $450.00 |
| In-Service Training | $0.00 | 0.00 | $0.00 | $688.28 |
| Total: | | 108.75 | $2,375.00 | $16,531.90 |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Health Ins co-pay B | $16.15 | $64.60 |
| 403B Percentage Amount | $65.25 | $482.45 |
| Clearances | $0.00 | $35.00 |
| PASUI Employee | $1.66 | $11.58 |
| Total: | $83.06 | $593.63 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $206.92 | $1,275.15 |
| SS | $146.25 | $1,020.97 |
| MED | $34.21 | $238.78 |
| PA | $72.42 | $505.53 |
| LCWAW1 | $2.00 | $18.00 |
| PCWRCYG | $58.97 | $411.68 |
| Total: | $520.77 | $3,470.11 |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| | | |
| Total: | $0.00 | $0.00 |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $1,771.17 |
| Net wages YTD | $12,468.16 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 044115809 | XXXXX48946 | $1,771.17 |
| | Total: | $1,771.17 |

### Miscellaneous

Snyder, Wendy S
562 E Main St
Youngsville, PA 16371-1130

**Lakeshore Community Services Inc.**
1350 W 26TH ST
ERIE, PA 16508
8144569962

**Direct Deposit Earnings Statement**

DD000000000000183400

| Pay Date | Start Period | End Period |
|---|---|---|
| 7/7/2023 | 6/17/2023 | 6/30/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $17.25 | 60.00 | $1,035.00 | $10,292.23 |
| Overtime | $26.49 | 17.00 | $450.33 | |
| Overtime | $26.57 | 10.50 | $278.99 | $4,977.99 |
| Shift Differential | $18.75 | 16.00 | $300.00 | |
| Shift Differential | $19.25 | 4.00 | $77.00 | $2,264.72 |
| In-Service Training | $0.00 | 0.00 | $0.00 | $688.28 |
| Sign on Bonus | $0.00 | 0.00 | $0.00 | $450.00 |
| **Total:** | | **107.50** | **$2,141.32** | **$18,673.22** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Health Ins co-pay B | $16.15 | $80.75 |
| 403B Percentage Amount | $64.24 | $546.69 |
| 125 Medical | $38.46 | $38.46 |
| Clearances | $0.00 | $35.00 |
| PASUI Employee | $1.50 | $13.08 |
| **Total:** | **$120.35** | **$713.98** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $170.31 | $1,445.46 |
| SS | $129.38 | $1,150.35 |
| MED | $30.25 | $269.03 |
| PA | $64.06 | $569.59 |
| LCWAW1 | $2.00 | $20.00 |
| PCWRCYG | $52.17 | $463.85 |
| **Total:** | **$448.17** | **$3,918.28** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| | | |
| **Total:** | **$0.00** | **$0.00** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $1,572.80 |
| Net wages YTD | $14,040.96 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 044115809 | XXXXX48946 | $1,572.80 |
| | **Total:** | **$1,572.80** |

### Miscellaneous

Snyder, Wendy S
562 E Main St
Youngsville, PA 16371-1130

**Lakeshore Community Services Inc.**
1350 W 26TH ST
ERIE, PA 16508
8144569962

**Direct Deposit Earnings Statement**
DD000000000000183696

| Pay Date | Start Period | End Period |
|---|---|---|
| 7/21/2023 | 7/1/2023 | 7/14/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $17.25 | 49.50 | $853.88 | $11,146.11 |
| Holiday Time | $25.88 | 10.00 | $258.80 | $258.80 |
| Overtime | $26.56 | 11.25 | $298.80 | |
| Overtime | $28.90 | 15.00 | $433.50 | $5,710.29 |
| Shift Differential | $18.75 | 16.00 | $300.00 | |
| Shift Differential | $19.25 | 4.50 | $86.63 | $2,651.35 |
| In-Service Training | $0.00 | 0.00 | $0.00 | $688.28 |
| Sign on Bonus | $0.00 | 0.00 | $0.00 | $450.00 |
| **Total:** | | **106.25** | **$2,231.61** | **$20,904.83** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Health Ins co-pay B | $16.15 | $96.90 |
| 403B Percentage Amount | $66.95 | $613.64 |
| 125 Medical | $38.46 | $76.92 |
| Clearances | $0.00 | $35.00 |
| PASUI Employee | $1.56 | $14.64 |
| **Total:** | **$123.12** | **$837.10** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $180.82 | $1,626.28 |
| SS | $134.97 | $1,285.32 |
| MED | $31.57 | $300.60 |
| PA | $66.83 | $636.42 |
| LCWAW1 | $2.00 | $22.00 |
| PCWRCYG | $54.43 | $518.28 |
| **Total:** | **$470.62** | **$4,388.90** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| **Total:** | **$0.00** | **$0.00** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $1,637.87 |
| Net wages YTD | $15,678.83 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 044115809 | XXXXX48946 | $1,637.87 |
| **Total:** | | **$1,637.87** |

### Miscellaneous

Snyder, Wendy S
562 E Main St
Youngsville, PA 16371-1130

**Lakeshore Community Services Inc.**
1350 W 26TH ST
ERIE, PA 16508
8144569962

**Direct Deposit Earnings Statement**
DD000000000000183997

| Pay Date | Start Period | End Period |
|---|---|---|
| 8/4/2023 | 7/15/2023 | 7/28/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $17.25 | 59.50 | $1,026.38 | $12,172.49 |
| Overtime | $26.56 | 12.50 | $332.00 | |
| Overtime | $26.60 | 9.75 | $259.35 | $6,301.64 |
| Hazard Pay | $108.63 | 0.00 | $108.63 | $108.63 |
| Shift Differential | $18.75 | 16.00 | $300.00 | |
| Shift Differential | $19.25 | 4.50 | $86.63 | $3,037.98 |
| Holiday Time | $0.00 | 0.00 | $0.00 | $258.80 |
| In-Service Training | $0.00 | 0.00 | $0.00 | $688.28 |
| Sign on Bonus | $0.00 | 0.00 | $0.00 | $450.00 |
| **Total:** | | **102.25** | **$2,112.99** | **$23,017.82** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Health Ins co-pay B | $16.15 | $113.05 |
| 403B Percentage Amount | $63.39 | $677.03 |
| 125 Medical | $38.46 | $115.38 |
| Clearances | $0.00 | $35.00 |
| PASUI Employee | $1.48 | $16.12 |
| **Total:** | **$119.48** | **$956.58** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $170.75 | $1,797.03 |
| SS | $127.62 | $1,412.94 |
| MED | $29.85 | $330.45 |
| PA | $63.19 | $699.61 |
| LCWAW1 | $2.00 | $24.00 |
| PCWRCYG | $51.46 | $569.74 |
| **Total:** | **$444.87** | **$4,833.77** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| | | |
| **Total:** | **$0.00** | **$0.00** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $1,548.64 |
| Net wages YTD | $17,227.47 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 044115809 | XXXXX48946 | $1,548.64 |
| | **Total:** | **$1,548.64** |

### Miscellaneous

Snyder, Wendy S
562 E Main St
Youngsville, PA 16371-1130