**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 23-10421-GLT |
| | : | |
| Wendy Sue Snyder, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | |
| Wendy Sue Snyder, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 35 |
| | : | |
| vs. | : | |
| | : | |
| Lakeshore Community Services, Inc., | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: May 1, 2025

By: /s/ Caitlyn Campbell
Caitlyn Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

LAKESHORE COMMUNITY SERVICES, INC.
1350 WEST 26TH STREET
ERIE, PA 16508
ATTN: PAYROLL ADMINISTRATOR