```
                                                    FILED
                                                    5/28/25 3:09 pm
                                                    CLERK
              IN THE UNITED STATES BANKRUPTCY       U.S. BANKRUPTCY
              COURT FOR THE WESTERN DISTRICT OF     COURT - WDPA
                       PENNSYLVANIA
```

| | |
|---|---|
| IN RE:<br>Wendy Sue Snyder,<br>     Debtor.<br><br>PNC BANK, NATIONAL ASSOCIATION<br><br>     Movant<br>VS.<br><br>Wendy Sue Snyder,<br><br>     Respondent. | NO. 23-10421 GLT<br><br>13<br><br>Related to Docs: 31 & 40<br><br>Hearing Date: June 4, 2025 |

## ORDER

Upon consideration of the Motion filed by PNC BANK, NATIONAL ASSOCIATION it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for June 4, 2025 at 10:00 a.m. is hereby continued July 2, 2025 at 10:00 a.m. via P01 Courtroom A, 54th Floor, U.S. Steel Tower Pittsburgh.

                By the Court,

                _____
                Gregory L. Taddonio, Chief Judge
                United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10421-GLT |
| Wendy Sue Snyder | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: May 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wendy Sue Snyder, 562 East Main Street, Youngsville, PA 16371-1130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 30, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Wendy Sue Snyder dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Danielle M DiLeva | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ddileva@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5